United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR WILFREDO GARCIA CRUZ, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-02412 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BRET BRADFORD, *et al*, | § | |
| Respondents. | § | |

## FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons and on the terms stated in the Order entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on May 15, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge